**A. G. Dicus, appellant, v. David Fuchs et al., appellees. Gen. No. 27,874.**

Suit for partition of real estate. Complainant appeals from a decree for partition and refusing counsel fees to complainant and that complainant's interest is subject to the lien of a judgment. Appeal from the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed January 2, 1923. Rehearing denied January 15, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Ernest J. Batten, for appellant. Pritzker & Pritzker, for appellee David Fuchs. Christian C. H. Zillman, for appellee Humboldt State Bank.
Mr. Justice Morrill delivered the opinion of the court.